JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON WEINTRAUB,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and Does 1-20 Inclusive,<br><br>  Defendants. | Case No.: 2:12-cv-02762-CBM (PJWx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF BANK OF AMERICA CORPORATION<br><br>Honorable Consuelo B. Marshall<br><br>Complaint Filed: March 29, 2012 |

[PROPOSED] ORDER OF DISMISSAL OF BANK OF AMERICA CORPORATION

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation of Dismissal of Bank of America Corporation filed by Plaintiff Samson Weintraub ("Plaintiff") and Defendant Bank of America Corporation, and for good cause showing, Plaintiff's Complaint in the above captioned action is dismissed in its entirety, with prejudice, and Defendant Bank of America Corporation is dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED:  August 7, 2013

_____
Consuelo B. Marshall